**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| SHOPKICK, INC., | Case No. 26-10877 |
| Debtor. | |

**SCHEDULES OF ASSETS AND LIABILITIES
FOR SHOPKICK, INC. (CASE NO. 26-10877)**

**Fill in this information to identify the case:**

Debtor name ___Shopkick, Inc._____

United States Bankruptcy Court for the:_____ District of __DE____
                                                                      (State)

Case number (If known): _____

☒ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................. $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................. $ 21,792,615.17

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................... $ 21,792,615.17

---

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................. $ 0

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................... + $ 4,199,867.89

4. **Total liabilities**.................................................................................................................
   Lines 2 + 3a + 3b   $ 4,199,867.89

---

**Fill in this information to identify the case:**

Debtor name ___Shopkick, Inc._____

United States Bankruptcy Court for the:_____ District of __DE_____
(State)

Case number (If known): _____

☑ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. SEE SCHEDULE A/B 3, 7, 8 ATTACHMENT | _____ | ___ ___ ___ ___ | $ 756,995.35 |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**   $ 756,995.35

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. SEE SCHEDULE A/B 3, 7, 8 ATTACHMENT _____  $ 272,300.00
   7.2. _____  $_____

Debtor    Shopkick, Inc.                                                    Case number (if known)_____
_____
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. SEE SCHEDULE A/B 3, 7, 8 ATTACHMENT _____    $ 418,000.57 _____

   8.2. _____    $ _____

9. **Total of Part 2.**                                                         $ 690,300.57 _____

   Add lines 7 through 8. Copy the total to line 81.

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                      **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  2,274,091.18 _____ – 0 _____ = ........→    $ 2,274,091.18 _____
                               face amount           doubtful or uncollectible accounts

    11b. Over 90 days old:     768,470.79 _____ – 48,254.00 _____ = ........→   $ 720,216.79 _____
                               face amount           doubtful or uncollectible accounts

12. **Total of Part 3**                                                           $ 2,994,307.97 _____

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                           **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $ _____

    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                        % of ownership:

    15.1._____    _____%    _____    $ _____

    15.2._____    _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $ _____

    16.2._____    _____    $ _____

17. **Total of Part 4**                                                           $ _____

    Add lines 14 through 16. Copy the total to line 83.

---

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page **2**

Debtor    Shopkick, Inc._____    Case number (if known)_____
              Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor  Shopkick, Inc.  _____  Case number *(if known)*_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment | $ 654.28 | SL3 or SL1 | $ 654.28 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 654.28

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Shopkick, Inc.
          _____          Case number *(if known)*_____
          Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   Shopkick, Inc.
_____   Case number (*if known*)_____
Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** SEE SCHEDULE A/B 60 ATTACHMENT | $1,515,801 | Cost approach | $1,515,801 |
| 61. **Internet domain names and websites** www.shopkick.com | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $15,834,556 | Market Approach | $15,834,556 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$17,350,357

Debtor   Shopkick, Inc.
                Name

Case number *(if known)*_____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➔   $_____

                                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____

_____   Tax year _____   $_____

_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

**Nature of claim**   _____

**Amount requested**   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

**Nature of claim**   _____

**Amount requested**   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____

_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Shopkick, Inc.
_____    Case number (*if known*)_____
Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 756,995.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 690,300.57 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2,994,307.97 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 654.28 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ....................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 17,350,357 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............................ 91a. | $ 21,792,615.17 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................... $ 21,792,615.17

**Fill in this information to identify the case:**

Debtor name ___Shopkick, Inc.___

United States Bankruptcy Court for the: _____ District of __DE____
(State)

Case number (If known): _____

☒ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**2.1 Creditor's name**
_____

**Describe debtor's property that is subject to a lien**
_____   $_____   $_____

**Creditor's mailing address**
_____
_____

_____

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Creditor's name**
_____

**Describe debtor's property that is subject to a lien**
_____   $_____   $_____

**Creditor's mailing address**
_____
_____

_____

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $_____

Debtor  Shopkick, Inc._____      Case number (if known)_____
       Name

| | | Column A | Column B |
|---|---|---|---|

**Part 1:   Additional Page**

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__   Creditor's name**                    **Describe debtor's property that is subject to a lien**

_____          _____   $_____   $_____

**Creditor's mailing address**          _____

_____          _____

_____          **Describe the lien**

                               _____

**Creditor's email address, if known**    **Is the creditor an insider or related party?**
                               ❑ No
_____          ❑ Yes

                               **Is anyone else liable on this claim?**
**Date debt was incurred** _____   ❑ No
**Last 4 digits of account**             ❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).
**number**          __ __ __ __

**Do multiple creditors have an interest in the    As of the petition filing date, the claim is:**
**same property?**                  Check all that apply.
❑ No                          ❑ Contingent
❑ Yes. Have you already specified the relative   ❑ Unliquidated
      priority?                  ❑ Disputed
   ❑ No. Specify each creditor, including this
         creditor, and its relative priority.

         _____
         _____
         _____

   ❑ Yes. The relative priority of creditors is
          specified on lines _____

**2.__   Creditor's name**                    **Describe debtor's property that is subject to a lien**

_____          _____   $_____   $_____

**Creditor's mailing address**          _____

_____          _____

_____          **Describe the lien**

                               _____

**Creditor's email address, if known**    **Is the creditor an insider or related party?**
                               ❑ No
_____          ❑ Yes

                               **Is anyone else liable on this claim?**
**Date debt was incurred** _____   ❑ No
**Last 4 digits of account**             ❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).
**number**          __ __ __ __

**Do multiple creditors have an interest in the    As of the petition filing date, the claim is:**
**same property?**                  Check all that apply.
❑ No                          ❑ Contingent
❑ Yes. Have you already specified the relative   ❑ Unliquidated
      priority?                  ❑ Disputed
   ❑ No. Specify each creditor, including this
         creditor, and its relative priority.

         _____
         _____
         _____

   ❑ Yes. The relative priority of creditors is
          specified on lines _____

Debtor    Shopkick, Inc._____    Case number (if known)_____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ | Line 2. __ | __ __ __ __ |
| _____ | Line 2. __ | __ __ __ __ |
| _____ | Line 2. __ | __ __ __ __ |
| _____ | Line 2. __ | __ __ __ __ |
| _____ | Line 2. __ | __ __ __ __ |
| _____ | Line 2. __ | __ __ __ __ |
| _____ | Line 2. __ | __ __ __ __ |
| _____ | Line 2. __ | __ __ __ __ |
| _____ | Line 2. __ | __ __ __ __ |
| _____ | Line 2. __ | __ __ __ __ |
| _____ | Line 2. __ | __ __ __ __ |
| _____ | Line 2. __ | __ __ __ __ |
| _____ | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor _____ Shopkick, Inc. _____

United States Bankruptcy Court for the: _____ District of DE _____
(State)

Case number _____
(If known)

☒ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** | **Priority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** | **Priority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor    Shopkick, Inc.
_____    Case number *(if known)*_____
Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2._**  **Priority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._**  **Priority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._**  **Priority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._**  **Priority creditor's name and mailing address**

_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

$_____    $_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 2 of 19

Debtor    Shopkick, Inc.
_____
Name

Case number *(if known)*_____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**

LinkedIn, Inc.

1000 W. Maude Ave.
Sunnyvale, CA 94085

**Date or dates debt was incurred**    5/9/2025

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,557.35

---

**3.2**

**Nonpriority creditor's name and mailing address**

AdStride Media LLC

7901 4th St N, #16101
St. Petersburg, FL 33702

**Date or dates debt was incurred**    1/1/2026

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,136.00

---

**3.3**

**Nonpriority creditor's name and mailing address**

Engine Data Science LLC

5214 W. Village Pkwy, Suite 100
Rogers, AR

**Date or dates debt was incurred**    8/1/2025

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,000.00

---

**3.4**

**Nonpriority creditor's name and mailing address**

Mobile Messaging Solutions, Inc.

1 Beacon Street, 15th Floor
Boston, MA 02108

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 699.43

---

**3.5**

**Nonpriority creditor's name and mailing address**

Mazars LLP

215 Saint-Jacques Street, Suite 1200
Montreal (Quebec) H2Y 1M6 Canada

**Date or dates debt was incurred**    1/2/2025

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,015.00

---

**3.6**

**Nonpriority creditor's name and mailing address**

Cassels Brock & Blackwell LLP

Suite 3200, Bay Adelaide Centre - North Tower
40 Temperance Street, Toronto, ON M5H 0B4 Canada

**Date or dates debt was incurred**    9/30/2025

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,650.00

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 3 of 19

Debtor    Shopkick, Inc.
          _____    Case number (*if known*)_____
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Aampe, Inc.

204 Parkcanyon Ln.
Cary, NC 27519

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Contract

$101,300

Date or dates debt was incurred    4/21/2025

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Google

111 8th Ave.
New York, NY 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Contract

$781,938.48

Date or dates debt was incurred    9/1/2025

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Braze Inc.

63 Madison Building
28 E. 28th St., Floor 12
New York, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Contract

$50,264.33

Date or dates debt was incurred    1/1/2026

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Remerge

One Boston Place, 26th Floor
Boston, MA 02108

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Contract

$40,160.72

Date or dates debt was incurred    10/26/2025

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Mobupps Media Ltd

Hatikshoret st' 7 PO
Ashdod, HaDarom
Israel, Box 462

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Contract

$17,960.50

Date or dates debt was incurred    11/1/2025

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 4 of 19

Debtor  Shopkick, Inc.
_____Name_____

Case number (*if known*)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.12**

**Nonpriority creditor's name and mailing address**

Creative Clicks USA

Weteringschans 109, 1017 SB
Amsterdam, Netherlands

**Date or dates debt was incurred**  Jun 5, 2025

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Contract

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 70.00

---

**3.13**

**Nonpriority creditor's name and mailing address**

SmartDraw Software, LLC

1780 Hughes Landing Blvd, Suite 1100
The Woodlands, TX 77380

**Date or dates debt was incurred**  Jan 1, 2026

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  Contract

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 2,995

---

**3.14**

**Nonpriority creditor's name and mailing address**

AnyWare E-Commerce LTD

13, Gush Etzion St.
Givat Shmuel, HaMerkaz, Israel 5403013

**Date or dates debt was incurred**  Jan 6, 2026

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  Contract

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 6,434.00

---

**3.15**

**Nonpriority creditor's name and mailing address**

ChatGPT

3180 18th St.
San Francisco, CA 94110

**Date or dates debt was incurred**  Jan 1, 2026

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  Contract

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 900.00

---

**3.16**

**Nonpriority creditor's name and mailing address**

Revive Media

8605 Santa Monica Blvd, PMB: 76839
West Hollywood, CA 90069

**Date or dates debt was incurred**  Apr 1, 2026

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  Contract

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 60,000.00

---

Debtor  Shopkick, Inc.
        _____                    Case number (*if known*)_____
        Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Freshworks, Inc.

2950 S. Delaware St, Suite 201
San Mateo, CA 94403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Contract

Date or dates debt was incurred  Feb 28, 2026

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,903.41

**3.18** Nonpriority creditor's name and mailing address

CDW Direct LLC

200 N. Milwaukee Ave.
Vernon Hills, IL 60061

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contract

Date or dates debt was incurred  Jan 6, 2026

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 18,607.68

**3.19** Nonpriority creditor's name and mailing address

Alchemer LLC

168 Centennial Pkwy, #250
Louisville, CO 80027

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contract

Date or dates debt was incurred  May 28, 2025

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 32,766.35

**3.20** Nonpriority creditor's name and mailing address

DoiT International Xinjiapo Pte. Ltd.

135 Cecil Street, #10-01 Philippine Airlines Bldg
Singapore, 069536

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contract

Date or dates debt was incurred  Jan 1, 2026

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,248.78

**3.21** Nonpriority creditor's name and mailing address

Applause

Derech Menachem Begin 132
Tel-Aviv - Yafo, HaMerkaz, Israel 6702101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contract

Date or dates debt was incurred  Feb 8, 2026

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ 22,040.00

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 6 of 19

Debtor   Shopkick, Inc.
         Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.22**

**Nonpriority creditor's name and mailing address**

Cursor

2261 Market Street STE 86466
San Francisco, CA 94114

**Date or dates debt was incurred** Jan 1, 2026

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 1,440.00

---

**3.23**

**Nonpriority creditor's name and mailing address**

DoiT International Xinjiapo Pte. Ltd (AppsFlyer)

135 Cecil St, #10-01 Philippine Airlines Bldg
Singapore 069536

**Date or dates debt was incurred** Jun 1, 2025

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 52,395.43

---

**3.24**

**Nonpriority creditor's name and mailing address**

Encora Digital LLC

8800 E. Raintree Dr., Suite 200
Scottsdale, AZ 85260

**Date or dates debt was incurred** May 12, 2025

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 8,600.00

---

**3.25**

**Nonpriority creditor's name and mailing address**

Drexx, Inc.

Fitzwilliam Hall, Fitzwilliam Place
Dublin, Ireland 2 D02 T292

**Date or dates debt was incurred** Oct 13, 2025

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
❑ No
☑ Yes

$ 420,000.00

---

**3.26**

**Nonpriority creditor's name and mailing address**

DoiT International Xinjiapo Pte. Ltd. (Fivetran)

135 Cecil Street, #10-01 Philippine Airlines Bldg
Singapore 069536

**Date or dates debt was incurred** May 1, 2025

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 82,618.81

---

Debtor   Shopkick, Inc.
         Name                                          Case number (*if known*)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Giftango LLC dba Incomm Digital Solutions

250 Williams NW St
Atlanta, GA 30303

Date or dates debt was incurred      Aug 1, 2025

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 596,000.00

---

**3.28** Nonpriority creditor's name and mailing address

Github

Spuistraat 104
Amsterdam, 1012 VA Netherlands

Date or dates debt was incurred      Jan 12, 2026

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,736.00

---

**3.29** Nonpriority creditor's name and mailing address

DoiT International Xinjiapo Pte Ltd (Gitlab)

135 Cecil St, #10-01 Philippine Airlines Bldg
Singapore 069536

Date or dates debt was incurred      May 17, 2025

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 277.93

---

**3.30** Nonpriority creditor's name and mailing address

Impact Tech Inc.

223 E. De La Guerra
Santa Barbara, CA 91390

Date or dates debt was incurred      Sept 30, 2025

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,652

---

**3.32** Nonpriority creditor's name and mailing address

Matrix Devops Ltd

3 Abba Even St.
Herzliya, Tel Aviv, 46725, Israel

Date or dates debt was incurred      July 29, 2025

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,000.00

---

Debtor    Shopkick, Inc.
          _____    Case number *(if known)*_____
          Name

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.33** Nonpriority creditor's name and mailing address

Kandji, Inc.

2811 Ponce De Leon Blvd, Suite PH1
Coral Gables, FL 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ Liquidated and neither contingent nor disputed

**Basis for the claim:** Contract

Date or dates debt was incurred    Mar 1, 2026

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,200.00

**3.34** Nonpriority creditor's name and mailing address

BlinkReceipt, LLC

1 North 4th Place, Unit 21 J
Brooklyn, NY 11249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contract

Date or dates debt was incurred    Sept 1, 2025

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 592,500.00

**3.35** Nonpriority creditor's name and mailing address

MAF (My App Free)

16 Viale Guglielmo Marconi
Imola, Emilia-Romagna, Italy 40026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

Date or dates debt was incurred    Jun 5, 2025

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,976.00

**3.36** Nonpriority creditor's name and mailing address

Navan, Inc.

3045 Park Blvd
Palo Alto, CA 94306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

Date or dates debt was incurred    Feb 14, 2025

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,750.00

**3.37** Nonpriority creditor's name and mailing address

NetNut Ltd.

Haarvaa 30
Tel Aviv, Israel 6473926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

Date or dates debt was incurred    Dec 22, 2025

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,750.00

Debtor    Shopkick, Inc.
_____
Name
Case number (*if known*)_____

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.38**

**Nonpriority creditor's name and mailing address**

Scrollmark

691 S. Milpitas Blvd, Ste 217
Milpitas, CA 95035

**Date or dates debt was incurred**    Aug 16, 2025

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 2,340.00

**3.39**

**Nonpriority creditor's name and mailing address**

Ariba, Inc.

3420 Hillview Ave, Building 3
Palo Alto, CA 94304

**Date or dates debt was incurred**    Dec 1, 2024

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 2,563.00

**3.40**

**Nonpriority creditor's name and mailing address**

Google

**Date or dates debt was incurred**    Jan 1, 2026

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 108.00

**3.41**

**Nonpriority creditor's name and mailing address**

Github

Spuistraat 104
Amsterdam, Netherlands 1012 VA

**Date or dates debt was incurred**    Jan 12, 2026

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 5,040.00

**3.42**

**Nonpriority creditor's name and mailing address**

Salesforce.com, Inc.

5 Temasek Blvd, #13-01 Suntec Tower 5
Singapore 038985

**Date or dates debt was incurred**    Jan 31, 2026

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Contract

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 2,754.00

Debtor   Shopkick, Inc.
         _____
         Name

Case number (if known)_____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.43**

**Nonpriority creditor's name and mailing address**

ScrapingBee

66 Avenue des Champs Élysées
Paris, Ile de France 75008 France

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** Contract

Date or dates debt was incurred   12/1/2025

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

$1,188.00

---

**3.44**

**Nonpriority creditor's name and mailing address**

GoDaddy

2155 E GoDaddy Way
Tempe, AZ 85284

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Contract

Date or dates debt was incurred   1/1/2025

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

$5,000.00

---

**3.45**

**Nonpriority creditor's name and mailing address**

HelpScout

77 Huntington Ave, Ste 1703
Boston, Massachusetts, 02115

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Contract

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

$10,920.00

---

**3.46**

**Nonpriority creditor's name and mailing address**

SADA Systems, Inc.

5250 Lankershim Blvd, Suite 720
Los Angeles, CA 91601

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Contract

Date or dates debt was incurred   5/26/2025

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

$133.95

---

**3.47**

**Nonpriority creditor's name and mailing address**

Mazars USA, LLP

60 Crossways Park Drive West, Suite 301
Woodbury NY 11797

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Contract

Date or dates debt was incurred   1/1/2025

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

$51,000.00

---

Debtor    Shopkick, Inc.
_____
Name

Case number (*if known*)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 48** Nonpriority creditor's name and mailing address

Pager Duty, Inc.

600 Townsend St, Suite 200
San Francisco, CA 94103

Date or dates debt was incurred  3/1/2025

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed
❏ Liquidated and neither contingent nor disputed

Basis for the claim: Contract

Is the claim subject to offset?
☑ No
❏ Yes

$ 3,100.00

---

**3. 49** Nonpriority creditor's name and mailing address

Perform(CB)

2389 E Venice Ave, #410
Venice, Florida 34292

Date or dates debt was incurred  8/1/2025

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

Basis for the claim: Contract

Is the claim subject to offset?
☑ No
❏ Yes

$ 298,000.00

---

**3. 50** Nonpriority creditor's name and mailing address

Postman

One Market Plaza, Stewart Tower, Suite 0800
San Francisco, CA 94105

Date or dates debt was incurred  9/25/2025

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

Basis for the claim: Contract

Is the claim subject to offset?
☑ No
❏ Yes

$ 1,140.00

---

**3. 51** Nonpriority creditor's name and mailing address

Semrush

800 Boylston Street, Suite 2475
Boston, MA 02199,

Date or dates debt was incurred  1/1/2026

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

Basis for the claim: Contract

Is the claim subject to offset?
☑ No
❏ Yes

$ 4,022.02

---

**3. 52** Nonpriority creditor's name and mailing address

Sendgrid

101 Spear St, 5th Floor
San Francisco, CA 94105

Date or dates debt was incurred  1/1/2025

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

Basis for the claim: Contract

Is the claim subject to offset?
☑ No
❏ Yes

$ 1,716.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 12 of 19

Debtor _____  Case number (*if known*)_____
                 Name

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.53** Nonpriority creditor's name and mailing address

iconnectiv

100 Somerset Corporate Blvd.
Bridgewater, NJ 08807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Contract

Date or dates debt was incurred    4/26/2025

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,000.00

**3.54** Nonpriority creditor's name and mailing address

DoiT International Xinjiapo Pte.Ltd.

135 Cecil Street #10-01 Philippine Airlines Building
Singapore 069536

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

Date or dates debt was incurred    11/20/2025

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,022.02

**3.55** Nonpriority creditor's name and mailing address

Tableau Software Inc.

1621 N 34th St
Seattle, WA 98103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

Date or dates debt was incurred    11/20/2025

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,660.00

**3.56** Nonpriority creditor's name and mailing address

TikTok Global

5800 Bristol Pkwy
Culver City, CA 90230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

Date or dates debt was incurred    9/30/2025

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 46,500.00

**3.57** Nonpriority creditor's name and mailing address

Transcend, Inc.

1645 North Brian Street
Orange, CA 92867

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract

Date or dates debt was incurred    6/16/2025

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 249,600.00

Debtor    Shopkick, Inc.
_____
Name    Case number (*if known*)_____

### Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.58** | **Nonpriority creditor's name and mailing address**

The Clorox Company

1221 Broadway
Oakland, CA 94612

**Date or dates debt was incurred** 1/14/2025

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** Overpayment

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

$ 69,490.13

---

**3.59** | **Nonpriority creditor's name and mailing address**

Feastables, Inc.

1189 Wilmette Ave
Wilmette, IL 60091

**Date or dates debt was incurred** 10/31/2025

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Terminated Contract

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

$ 50,000.00

---

**3.60** | **Nonpriority creditor's name and mailing address**

Publicis Media

375 Hudson St
New York, NY 10014

**Date or dates debt was incurred** 8/31/2024

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Overpayment

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

$ 811.81

---

**3.61** | **Nonpriority creditor's name and mailing address**

Nestle Holdings Inc.

1041 US-202
Bridgewater, NJ 08807

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Overpayment

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

$ 9,455.85

---

**3.62** | **Nonpriority creditor's name and mailing address**

Kimberly Clark

351 Phelps Dr
Irving, TX 75038

**Date or dates debt was incurred** 6/22/2025

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Refund owed

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

$ 8,289.75

---

Debtor    Shopkick, Inc.
Name

Case number (*if known*)_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.63**

**Nonpriority creditor's name and mailing address**

AB InBev

250 Park Ave
New York, NY 10177

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** Credit Due

$8,018.60

**Date or dates debt was incurred**    12/10/2024

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.64**

**Nonpriority creditor's name and mailing address**

Tyson Hillshire

400 S Jefferson St
Chicago IL 60607

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Overpayment

$15,000.00

**Date or dates debt was incurred**    8/10/2020

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.65**

**Nonpriority creditor's name and mailing address**

Sazerac

10101 Linn Station Rd
Louisville, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Overpayment

$7,204.10

**Date or dates debt was incurred**    10/14/2024

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.66**

**Nonpriority creditor's name and mailing address**

TPN Holdings LLC

7850 North Belt Line Road 5th Floor
Irving TX 75063

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Overpayment

$17,792.11

**Date or dates debt was incurred**    7/8/2024

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.67**

**Nonpriority creditor's name and mailing address**

Colgate Palmolive

300 Park Avenue
New York NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Overpayment

$5,770.80

**Date or dates debt was incurred**    10/24/2025

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor   Shopkick, Inc.
_____   Case number (*if known*)_____
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.68** Nonpriority creditor's name and mailing address

American Express

PO Box 6031
Carol Stream, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Contract

Date or dates debt was incurred    4/29/2026

Last 4 digits of account number    1007 __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200,739.28

---

**3.69** Nonpriority creditor's name and mailing address

Natalie Strickler

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ UNKNOWN

---

**3.70** Nonpriority creditor's name and mailing address

Jennifer Koester

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ UNKNOWN

---

**3.71** Nonpriority creditor's name and mailing address

Jordan Maus

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ UNKNOWN

---

**3.72** Nonpriority creditor's name and mailing address

SEE SCHEDULE E/F PART 3 ATTACHMENT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Redeemable user points

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____

---

Debtor    Shopkick, Inc.
_____
Name

Case number *(if known)*_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.73** Nonpriority creditor's name and mailing address
IFGBPO (Pvt.) Ltd.
_____

No. 104 Stanley Thilakaranthne Mawatha,
Nugegoda, Sri Lanka

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: Contract

$ 76,405.27

Date or dates debt was incurred    3/26/2026

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
❑ Yes

---

**3.** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

**3.** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

**3.** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

**3.** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

**3.** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
❑ No
❑ Yes

---

Debtor   Shopkick, Inc.
_____   Case number *(if known)*_____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Danny Bronski <br> danny@veritrademark.com <br> Counsel for Aampe | Line 3.7 <br> ❑ Not listed. Explain _____ | — — — — |
| 4.2. | | Line ____ <br> ❑ Not listed. Explain _____ | — — — — |
| 4.3. | | Line ____ <br> ❑ Not listed. Explain _____ | — — — — |
| 4.4. | | Line ____ <br> ❑ Not listed. Explain _____ | — — — — |
| 41. | | Line ____ <br> ❑ Not listed. Explain _____ | — — — — |
| 4.5. | | Line ____ <br> ❑ Not listed. Explain _____ | — — — — |
| 4.6. | | Line ____ <br> ❑ Not listed. Explain _____ | — — — — |
| 4.7. | | Line ____ <br> ❑ Not listed. Explain _____ | — — — — |
| 4.8. | | Line ____ <br> ❑ Not listed. Explain _____ | — — — — |
| 4.9. | | Line ____ <br> ❑ Not listed. Explain _____ | — — — — |
| 4.10. | | Line ____ <br> ❑ Not listed. Explain _____ | — — — — |
| 4.11. | | Line ____ <br> ❑ Not listed. Explain _____ | — — — — |

Debtor    Shopkick, Inc.
          Name

Case number *(if known)*_____

## Part 3:    Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___ _____

Line _____

❏ Not listed. Explain _____

__ __ __ __

4.___ _____

Line _____

❏ Not listed. Explain _____

__ __ __ __

4.___ _____

Line _____

❏ Not listed. Explain _____

__ __ __ __

4.___ _____

Line _____

❏ Not listed. Explain _____

__ __ __ __

4.___ _____

Line _____

❏ Not listed. Explain _____

__ __ __ __

4.___ _____

Line _____

❏ Not listed. Explain _____

__ __ __ __

4.___ _____

Line _____

❏ Not listed. Explain _____

__ __ __ __

4.___ _____

Line _____

❏ Not listed. Explain _____

__ __ __ __

4.___ _____

Line _____

❏ Not listed. Explain _____

__ __ __ __

4.___ _____

Line _____

❏ Not listed. Explain _____

__ __ __ __

4.___ _____

Line _____

❏ Not listed. Explain _____

__ __ __ __

4.___ _____

Line _____

❏ Not listed. Explain _____

__ __ __ __

4.___ _____

Line _____

❏ Not listed. Explain _____

__ __ __ __

4.___ _____

Line _____

❏ Not listed. Explain _____

__ __ __ __

Debtor      Shopkick, Inc.
            Name                                                Case number (*if known*)_____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 4,199,867.89 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,199,867.89 |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**Fill in this information to identify the case:**

Debtor name ___Shopkick, Inc._____

United States Bankruptcy Court for the:_____ District of ___DE___
(State)

Case number (If known): _____ Chapter ___7___

☒ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Customer agreements. | SEE SCHEDULE G 2.1 ATTACHMENT |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Vendor agreements. | SEE SCHEDULE G 2.2 ATTACHMENT |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Shopkick, Inc._____   Case number *(if known)*_____
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  **State what the contract or lease is for and the nature of the debtor's interest**  _____  _____
**State the term remaining**  _____
**List the contract number of any government contract**  _____

2._  **State what the contract or lease is for and the nature of the debtor's interest**  _____  _____
**State the term remaining**  _____
**List the contract number of any government contract**  _____

2._  **State what the contract or lease is for and the nature of the debtor's interest**  _____  _____
**State the term remaining**  _____
**List the contract number of any government contract**  _____

2._  **State what the contract or lease is for and the nature of the debtor's interest**  _____  _____
**State the term remaining**  _____
**List the contract number of any government contract**  _____

2._  **State what the contract or lease is for and the nature of the debtor's interest**  _____  _____
**State the term remaining**  _____
**List the contract number of any government contract**  _____

2._  **State what the contract or lease is for and the nature of the debtor's interest**  _____  _____
**State the term remaining**  _____
**List the contract number of any government contract**  _____

2._  **State what the contract or lease is for and the nature of the debtor's interest**  _____  _____
**State the term remaining**  _____
**List the contract number of any government contract**  _____

**Fill in this information to identify the case:**

Debtor name _Shopkick, Inc._

United States Bankruptcy Court for the:_____ District of _DE_____
(State)

Case number (If known): _____

☒ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    Shopkick, Inc.
_____    Case number *(if known)*_____
          Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |

Official Form 206H                    **Schedule H: Codebtors**                    page ___ of ___

Shopkick, Inc.
Schedule A/B 3, 7, 8 Attachment
**Financial Accounts**

Schedule A/B
**Financial Accounts**

| | Name of Institution | Type of Account | Last 4 Digits | Balance as of 5/29/26 | Currency |
|---|---|---|---|---|---|
| 3.1 | HSBC | Checking | 0666 | 701,298.10 | USD |
| 3.2 | HSBC | Money Market | 1105 | 13,360.48 | USD |
| 3.3 | SVB | Checking | 7948 | 3,811.76 | USD |
| 3.4 | SVB | Checking | 8299 | - | USD |
| 3.5 | Paypal | Merchant Account | | 38,525.01 | USD |
| | | | | 756,995.35 | |

**Deposits**

| | Desciption | Current Value |
|---|---|---|
| 7.1 | Prime Works LLC Initial Deposit | 187,300.00 |
| 7.2 | FG BPO (Pvt.) Ltd. | 25,000.00 |
| 7.3 | Morris Nichols Legal Work Deposit | 60,000.00 |
| | | 272,300.00 |

**Prepayments**

| | Desciption/Name | Current Value | |
|---|---|---|---|
| 8.01 | Aampe, Inc. - 12 Months - Aampe Automated Messaging | 5,550.69 | |
| 8.02 | Alchemer LLC - License - Professional Annual | 5,501.28 | |
| 8.03 | Scandit, Inc. - charges for the annual billing cycle of the total contract period from May 22, 2025 to May 21, 2026 as per the terms of the contract. | 3,493.15 | |
| 8.04 | Transcend Inc. - Annual Subscription Invoice for Year 1 of 3 | 25,985.77 | |
| 8.05 | DoiT International Xinjiapo Pte.Ltd. - 12 Months DataDog Platform Monitoring | 9,959.70 | |
| 8.06 | Impact Tech, Inc - Performance - Pro October 2025 -- September 2026 | 18,989.26 | |
| 8.07 | BlinkReceipt, LLC. - Your BlinkReceipt Subscription subscription invoice for the period 09/01/2025 through 09/30/2025. | 27,452.05 | |
| 8.08 | SensorTower, Inc. - App performonce insights11/22/2025 to 11/21/2026 | 26,062.03 | |
| 8.09 | QMasters Security Services Ltd - SentinelOne - Singularity XDR | 17,732.87 | |
| 8.10 | Braze Inc - Braze Platform - Pro Edition | 126,040.25 | |
| 8.11 | H.S. PractiTest Ltd (TSG) - Team Yearly & Read only / Commenter | 2,441.55 | |
| 8.12 | Braze Inc - Braze Platform - Pro Edition | 8,063.20 | |
| 8.13 | Braze Inc - 2/9/2026 - 12/31/2026 | 42,400.63 | |
| 8.14 | Freshworks Inc. - Feb 28 to May 27, 2026 | 5,061.74 | |
| 8.15 | Freshworks Inc. - Feb 28 to May 27, 2026 | 5,061.74 | |
| 8.16 | BlinkReceipt, LLC. - invoice for the period 03/01/2026 through 05/31/2026. | 64,646.74 | |
| 8.17 | Alia Services - Mar 16 - Mar 31, 2026 Offshore Latin Team Hours/Pay | 7,852.64 | |
| 8.18 | Alia Services - Mar 16 - Mar 31, 2026 Offshore Latin Team Hours/Pay | 7,852.64 | 690,300.57 |
| 8.19 | Alia Services - Mar 16 - Mar 31, 2026 Offshore Latin Team Hours/Pay | 7,852.64 | |
| | | 418,000.57 | |

**Accounts Recievable**

| | Face Amount | | Doubtful accounts | Total |
|---|---|---|---|---|
| 11a | | 2,274,091.18 | - | 2,274,091.18 |
| 11b | | 768,470.79 | 48,254.00 | 720,216.79 |
| 12 | Total | | | 2,994,307.97 |

**Shopkick, Inc.**
**Schedule A/B 60 Attachment**

**Patents**

| Owner | Country | Title | Application Number | Application Filing Date | Registration Number | Grant Date |
|---|---|---|---|---|---|---|
| SHOPKICK, INC. | US | PRESENCE DETECTION USING BLUETOOTH AND HYBRID-MODE TRANSMITTERS | 14/172,854 | 04-02-2014 | 10,771,173 | 08-09-2020 |
| SHOPKICK, INC. | US | DETERMINING PROPERTIES ASSOCIATED WITH SIGNAL SOURCES | 15/941,966 | 30-03-2018 | 10,425,767 | 24-09-2019 |
| SHOPKICK, INC. | US | VARYING APPLICATION STRATEGY BASED ON DEVICE STATE | 15/942,062 | 30-03-2018 | 10,747,290 | 18-08-2020 |
| SHOPKICK, INC. | US | REWARDS FOR PURCHASES | 13/276,277 | 18-10-2011 | 10,360,592 | 23-07-2019 |
| SHOPKICK, INC. | US | METHOD AND SYSTEM FOR PRESENCE DETECTION | 12/762,556 | 19-04-2010 | 9,886,696 | 06-02-2018 |
| SHOPKICK, INC. | US | METHOD AND SYSTEM FOR PRESENTMENT AND REDEMPTION OF PERSONALIZED DISCOUNTS | 12/762,544 | 19-04-2010 | 10,304,069 | 28-05-2019 |
| SHOPKICK, INC. | US | METHOD AND SYSTEM FOR PRESENCE DETECTION | 16/376,927 | 05-04-2019 | 10,909,562 | 02-02-2021 |
| SHOPKICK, INC. | US | METHOD AND SYSTEM FOR PRESENCE DETECTION | 17/154,072 | 21-01-2021 | 11,507,968 | 22-11-2022 |
| SHOPKICK, INC. | US | METHOD AND SYSTEM FOR LOCATION-TRIGGERED REWARDS | 12/762,526 | 19-04-2010 | 8,489,112 | 16-07-2013 |

| Owner | Country | Title | Application Number | Application Filing Date | Registration Number | Grant Date |
|---|---|---|---|---|---|---|
| SHOPKICK, INC. | US | METHOD AND SYSTEM FOR DETECTING PRESENCE USING A WIFI NETWORK PROBE DETECTOR | 12/764,522 | 21-04-2010 | 10,255,614 | 09-04-2019 |
| SHOPKICK, INC. | US | METHOD AND SYSTEM FOR ADAPTIVE OFFER DETERMINATION | 12/767,047 | 26-04-2010 | 9,159,066 | 13-10-2015 |
| SHOPKICK, INC. | US | METHOD AND SYSTEM FOR ADAPTIVE OFFER DETERMINATION | 14/841,621 | 31-08-2015 | 9,595,043 | 14-03-2017 |
| SHOPKICK, INC. | US | DIGITAL FREQUENCY CARD | 13/303,137 | 22-11-2011 | 9,990,645 | 05-06-2018 |
| SHOPKICK, INC. | US | METHOD AND SYSTEM FOR PRESENCE DETECTION | 13/197,763 | 03-08-2011 | 9,264,151 | 16-02-2016 |
| SHOPKICK, INC. | US | METHOD AND SYSTEM FOR PRESENCE DETECTION | 14/952,822 | 25-11-2015 | 9,697,539 | 04-07-2017 |
| SHOPKICK, INC. | Germany | PRESENCE DETECTION USING BLUETOOTH AND HYBRID-MODE TRANSMITTERS | 202014004802.9 | 04-02-2014 | 202014004802.9 | 16-07-2014 |

**Patent Applications**

| Owner | Country | Title | Application Number | Application Filing Date |
|---|---|---|---|---|
| SHOPKICK, INC. | US | METHOD AND SYSTEM FOR PRESENCE DETECTION | 17/938,073 | 05-10-2022 |

2

**SCHEDULE E/F**
**Part 3 Attachment**
**Creditors/Users**

**The attachment has been omitted because the number of users is too voluminous to include with Schedule E/F. The full list of users is on file.**

Shopkick, Inc.
Schedule G 2.1 Attachment
Executory Customer Contracts

| Counterparty | Agreement Name | Agreement Term/End Date | ATTN: | Contact: Email | Address |
|---|---|---|---|---|---|
| Florida Department of Agriculture c/o Chernoff Newman | Insertion Order | 06/30/2026 | Emily Peoples | emily.peoples@chernoffnewman.com | 1411 Gervais Street, 5th Floor Columbia, SC, 29204 |
| JM Brands LLC | Insertion Order | 06/30/2026 | Matt Kuhlman | matt@purezerobeauty.com | 711 Boca Ciega Isle Dr St. Pete Beach, FL 33706 |
| JM Brands LLC | Insertion Order | 07/24/2026 | Matt Kuhlman | matt@purezerobeauty.com | 711 Boca Ciega Isle Dr St. Pete Beach, FL 33706 |
| The Mars Agency | Insertion Order | 05/10/2026 | Jennifer Green Martin | jennifer.greenmartin@marsunitedcommerce.com | 25200 Telegraph Road, 5th Floor Southfield, MI 48033 |
| The Mars Agency | Insertion Order | 05/04/2026 | Betsy Reed | betsy.reed@marsunitedcommerce.com | 25200 Telegraph Road, 5th Floor Southfield, MI 48033 |
| Olipop, Inc | Insertion Order | 05/11/2026 | Leah Dockstader | leah@drinkolipop.com | 360 Grand Ave #259 Oakland, CA 94610 |
| General Mills, Inc | Insertion Order | 04/23/2026 | Annie Ellzey | annie.ellzey@genmills.com | 1 General Mills Blvd, W05-B Minneapolis, MN 55426 |
| The Mars Agency | Insertion Order | 04/27/2026 | Sarah Filmer | sarah.filmer@marsunitedcommerce.com | 25200 Telegraph Road, 5th Floor Southfield, MI 48033 |
| The Mars Agency | Insertion Order | 03/09/2026 | Kori wood | kori.wood@marsunitedcommerce.com | 25200 Telegraph Road, 5th Floor Southfield, MI 48033 |
| Dark Horse Retail Group, LLC d/b/a Dark Horse Retail | Insertion Order | 04/09/2026 | Zack Tadlock | zack@darkhorseretailgroup.com | 3878 S Black Oak Rd Fayetteville, AR 72701 |
| The Mars Agency | Insertion Order | 04/16/2026 | Emma Theisen | emma.theisen@marsunitedcommerce.com | 25200 Telegraph Road, 5th Floor Southfield, MI 48033 |
| The Mars Agency | Insertion Order | 05/31/2026 | Abby Davenport | abby.davenport@marsunitedcommerce.com | 25200 Telegraph Road, 5th Floor Southfield, MI 48033 |
| The Mars Agency | Insertion Order | 04/30/2026 | Hannah Bok | hannah.bok@marsunitedcommerce.com | 25200 Telegraph Road, 5th Floor Southfield, MI 48033 |
| The Mars Agency | Insertion Order | 04/30/2026 | Ashlynn Stevens | ashlynn.stevens@marsunitedcommerce.com | 25200 Telegraph Road, 5th Floor Southfield, MI 48033 |
| The Mars Agency | Insertion Order | 04/30/2026 | Yvette Camargo | yvette.camargo@marsunitedcommerce.com | 25200 Telegraph Road, 5th Floor Southfield, MI 48033 |
| Dark Horse Retail Group, LLC d/b/a Dark Horse Retail | Insertion Order | 03/16/2026 | Zack Tadlock | zack@darkhorseretailgroup.com | 3878 S Black Oak Rd Fayetteville, AR 72701 |

| Counterparty | Agreement Name | Agreement Term/End Date | ATTN: | Contact: Email | Address |
|---|---|---|---|---|---|
| The Mars Agency | Insertion Order | 03/02/2026 | Yvette Camargo | yvette.camargo@marsunitedcommerce.com | 25200 Telegraph Road, 5th Floor Southfield, MI 48033 |
| The Mars Agency | Insertion Order | 05/19/2026 | Ashlynn Stevens | ashlynn.stevens@marsunitedcommerce.com | 25200 Telegraph Road, 5th Floor Southfield, MI 48033 |
| Man Cave Foods, LLC | Insertion Order | 03/31/2026 | Rachel Dietrich | rdietrich@mightysparkfood.com | 1625 Hennepin Avenue #100 Minneapolis, MN 55403 |
| Publicis Collective c/o PUBLICIS RE: SOURCES | Insertion Order | 08/11/2026 | Abigail Bouve | abbey.bouve@marsunitedcommerce.com | 375 Hudson Street New York, NY 10014 |
| Splintek, Inc. | Insertion Order | 05/30/2026 | Jake Gibbs | marketing@splintek.com | 15555 108th Street Lenexa, KS 66219 |
| Bayer Healthcare | Insertion Order | 03/07/2026 | Maggie Martin | maggie.martin@bayer.com | P.O. Box 106099 Pittsburgh, PA 15230 |
| Mondelez Global LLC | Insertion Order | 04/29/2026 | Rick Shuman | rick.shuman@mdlz.com | 100 Deforest Avenue East Hanover, NJ 07936 |
| Publicis Collective c/o PUBLICIS RE: SOURCES | Insertion Order | 05/05/2026 | Raven Pratt | raven.pratt@publicis.com | 375 Hudson Street New York, NY 10014 |
| 3M Company | Insertion Order | 05/10/2026 | Lori Granger | llgranger@mmm.com | 3m Center Bldg. 220-11w-02 Maplewood, MN 55144 |
| Reckitt Benckiser LLC | Insertion Order | 03/31/2026 | Emma Doherty | emma.doherty@youradv.com | PO Box 122006 Lithia Springs, GA 30112 |
| Colgate-Palmolive | Insertion Order | 05/02/2026 | Sonica Patel | sonica.patel@arcww.com | 300 Park Avenue New York, NY 10022 |
| Feastables, Inc | Insertion Order | 05/02/2026 | Anna Pan | anna.pan@feastables.com | 1189 Wilmette Ave Wilmette, IL 60091 |
| Reckitt Benckiser LLC | Insertion Order | 04/17/2026 | Tracey Benitz | tracey.benitz@reckitt.com | PO Box 122006 Lithia Springs, GA 30112 |
| Energizer Brands, Inc | Insertion Order | 09/08/2026 | Sarah Douglas | sarah.douglas@energizer.com | 533 Maryville University Dr St. Louis, MO 63141 |
| FILLO's | Insertion Order | 05/14/2026 | Enrico Mirabelli | ejmirabelli@gmail.com | PO Box 513 Geneva, IL 60134 |
| Garden of Life | Insertion Order | 05/11/2026 | Kendal Moore | kendal.moore@us.nestle.com | 4200 NorthCorp Parkway, Suite 200 Palm Beach Gardens, FL 33410 |
| Wells Enterprises, Inc. | Insertion Order | 03/31/2026 | Patricia Biswas | pdbiswas@bluebunny.com | 1 Blue Bunny Dr Le Mars, IA 51031 |
| Wells Enterprises, Inc. | Insertion Order | 04/17/2026 | Jack Lynch | jack.lynch@ampagency.com | 1 Blue Bunny Dr Le Mars, IA 51031 |

| Counterparty | Agreement Name | Agreement Term/End Date | ATTN: | Contact: Email | Address |
|---|---|---|---|---|---|
| Nestlé HealthCare Nutrition, Inc. d/b/a Nestlé Health Science | Insertion Order | 04/29/2026 | Brian Elder | brian.elder@us.nestle.com | 1041 US-202 Bridgewater, NJ 08807 |
| Nestlé HealthCare Nutrition, Inc. d/b/a Nestlé Health Science | Insertion Order | 04/30/2026 | Brian Elder | brian.elder@us.nestle.com | 1041 US-202 Bridgewater, NJ 08807 |
| Nestle Purina Petcare Company | Insertion Order | 12/31/2026 | Diana Gilbert | diana.gilbert@purina.nestle.com | 1 Checkerboard Square St. Louis, MO 63102 |
| Nestlé HealthCare Nutrition, Inc. d/b/a Nestlé Health Science | Insertion Order | 05/18/2026 | Meara O'Neill | meara.oneill@us.nestle.com | 1041 US-202 Bridgewater, NJ 08807 |
| Wells Enterprises, Inc. | Insertion Order | 02/28/2026 | Ashley Wilson | ashley.wilson@ampagency.com | 1 Blue Bunny Dr Le Mars, IA 51031 |
| Fire Department Coffee | Insertion Order | 02/28/2027 | Luke Schneider | luke@firedeptcoffee.com | 811 W Riverside Blvd Rockford, IL 61103 |
| Boots Retail USA | Insertion Order | 04/18/2026 | Hannah Tate | hannah.tate@no7company.com | 40 Wall Street New York, NY 10005 |
| Wells Enterprises, Inc. | Insertion Order | 04/30/2026 | Jack Lynch | jack.lynch@ampagency.com | 1 Blue Bunny Dr Le Mars, IA 51031 |
| Wells Enterprises, Inc. | Insertion Order | 03/05/2026 | Kathleen Perreault | kfperreaul@bluebunny.com | 1 Blue Bunny Dr Le Mars, IA 51031 |
| Wells Enterprises, Inc. | Insertion Order | 03/31/2026 | Ashley Wilson | ashley.wilson@ampagency.com | 1 Blue Bunny Dr Le Mars, IA 51031 |
| JM Brands LLC | Insertion Order | 05/11/2026 | Matt Kuhlman | matt@purezerobeauty.com | 711 Boca Ciega Isle Dr St. Pete Beach, FL 33706 |
| Conair LLC | Insertion Order | 05/20/2026 | Megan Sprenger | megan_sprenger@conair.com | 50 Millstone Road, BLD 300, Suite 105 East Windsor, NJ 08520 |
| JM Brands LLC | Insertion Order | 07/05/2026 | Matt Kuhlman | matt@purezerobeauty.com | 711 Boca Ciega Isle Dr St. Pete Beach, FL 33706 |
| Mom Enterprises, LLC | Insertion Order | 4/11/2026 (OPEN END DATE) | Erica Stefan | estefan@mommysbliss.com | 1003 W Cutting Blvd #110 Richmond, CA 94804 |
| Unilever United States, Inc. | Insertion Order | 04/11/2026 | Hannah Harris | hannah.harris@wppunite.com | 700 Sylvan Avenue Englewood Cliffs, NJ 07632 |
| Unilever United States, Inc. | Insertion Order | 05/14/2026 | Lila Nichols | Lila.Nichols@wppunite.com | 700 Sylvan Avenue Englewood Cliffs, NJ 07632 |
| Unilever United States, Inc. | Insertion Order | 05/14/2026 | Anesu Karigomba | Anesu.Karigomba@wppunite.com | 700 Sylvan Avenue Englewood Cliffs, NJ 07632 |
| Unilever United States, Inc. | Insertion Order | 08/24/2026 | Brittany Chambers | Brittany.Chambers@wppunite.com | 700 Sylvan Avenue Englewood Cliffs, NJ 07632 |

3

| Counterparty | Agreement Name | Agreement Term/End Date | ATTN: | Contact: Email | Address |
|---|---|---|---|---|---|
| Foundation Consumer Healthcare, | Insertion Order | 11/30/2026 | Christy Mascola | christy@foundationch.com | 106 Isabella Street, Suite 602 Pittsburgh, PA 15212 |
| A360 Media | Insertion Order | 12/31/2026 | Melanie Piselli | mpiselli@mcclatchy.com | 4 New York Plaza, 2nd Floor New York, NY 10004 |
| Foundation Consumer Healthcare, | Insertion Order | 05/15/2026 | Jordana Barish | jordana@foundationch.com | 106 Isabella Street, Suite 602 Pittsburgh, PA 15212 |
| Lornamead | Insertion Order | 03/26/2026 | Kelly Adams | kellyadams@lornameadna.com | 175 Cooper Ave NY 14150 Tonawanda, NY 14150 |
| Advantage Sales & Marketing, LLC, dba Advantage Unified Commerce | Insertion Order | 04/06/2026 | Veronica Cafiero | veronica.cafiero@youradv.com | 15310 Barranca Parkway, Suite 100 Irvine, CA 92618 |
| Lucky Energy | Insertion Order | 5/15/2026 | Alan Tseng | alan@luckybevco.com | 2700 Stratford Drive, Austin, TX 78746 |
| Pharmavite, LLC | Insertion Order | 5/3/2026 | Sarah Hubbard | shubbard@pharmavite.com | 8531 Fallbrook Ave., West Hills, CA 91304 |
| Garden of Life | Insertion Order | 4/30/2026 | Kendal Moore | kendal.moore@us.nestle.com | 4200 NorthCorp Parkway, Suite 200 Palm Beach Gardens, FL 33410 |
| Fulfill Food & Beverages, LLC | Insertion Order | 5/31/2026 | Angela Zeng | angela@karviva.com | 2600 Clark Ave., St. Louis, MO 63103 |
| Unilever United States, Inc. | Insertion Order | 4/30/2026 | Vanessa Johnson | vanessa@olly.com | 700 Sylvan Avenue Englewood Cliffs, NJ 07632 |
| Unilever United States, Inc. | Insertion Order | 8/31/2026 | Brittany Chambers | Brittany.Chambers@wppunite.com | 700 Sylvan Avenue Englewood Cliffs, NJ 07632 |
| Advantage Sales & Marketing, LLC, dba Advantage Unified Commerce | Insertion Order | 7/1/2026 | Veronica Cafiero | veronica.cafiero@youradv.com | 15310 Barranca Parkway, Suite 100 Irvine, CA 92618 |
| Advantage Solutions (DBA IN Connected Marketing) | Insertion Order | 6/30/2026 | Samme Jancin | samme.jancin@youradv.com | 676 Forsyth Blvd., 5th Floor, St. Louis, MO 63105 |
| Advantage Sales & Marketing, LLC, dba Advantage Unified Commerce | Insertion Order | 5/30/2026 | Kelsey Yeater | kelsey.yeater@youradv.com | 15310 Barranca Parkway, Suite 100 Irvine, CA 92618 |
| 3M Company | Insertion Order | 6/30/2026 (OR UNTIL BUDGET EXHAUSTS) | Sarah Madigan | smadigan@mmm.com | 3m Center Bldg. 220-11w-02 Maplewood, MN 55144 |

| Counterparty | Agreement Name | Agreement Term/End Date | ATTN: | Contact: Email | Address |
|---|---|---|---|---|---|
| Garden of Life | Insertion Order | 5/14/2026 | Morgan Ford | morgan.ford@vitalproteins.com | 4200 NorthCorp Parkway, Suite 200 Palm Beach Gardens, FL 33410 |
| The Mars Agency | Insertion Order | 5/31/2026 | Shannon Mooney | shannon.mooney@marsunitedcommerce.com | 25200 Telegraph Road, 5th Floor Southfield, MI 48033 |
| Wells Enterprises, Inc. | Insertion Order | 6/30/2026 | Patricia Biswas | pdbiswas@bluebunny.com | 1 Blue Bunny Dr Le Mars, IA 51031 |
| Cibo Vita | Insertion Order | 6/26/2026 | Amanda Crabtree | amanda@cemm.com | 12 Vreeland Ave., Totowa, NJ 07512 |
| Advantage Solutions (DBA IN Connected Marketing) | Insertion Order | 6/8/2026 | Kelsey Yeater | kelsey.yeater@youradv.com | 7676 Forsyth Blvd., 5th Floor, St. Louis, MO 63105 |
| Nestlé HealthCare Nutrition, Inc. d/b/a Nestlé Health Science | Insertion Order | 6/30/2026 | Brian Elder | brian.elder@us.nestle.com | 1041 US-202 Bridgewater, NJ 08807 |
| Pharmavite, LLC | Insertion Order | 6/8/2026 | Sarah Hubbard | shubbard@pharmavite.com | 8531 Fallbrook Ave., West Hills, CA 91304 |
| The Mars Agency | Insertion Order | 6/30/2026 | Julia Dehner | julia.dehner@marsunitedcommerce.com | 25200 Telegraph Road, 5th Floor Southfield, MI 48033 |
| Nestle Purina Petcare Company | Insertion Order | 7/31/2026 | Torie Jasper | torie.jasper@purina.nestle.com | 1 Checkerboard Square, Saint Louis, MO 63102 |
| Garden of Life | Insertion Order | 6/30/2026 | Kendal Moore | kendal.moore@us.nestle.com | 4200 NorthCorp Parkway, Suite 200 Palm Beach Gardens, FL 33410 |
| Nestlé HealthCare Nutrition, Inc. d/b/a Nestlé Health Science | Insertion Order | 6/30/2026 | Rhobie Ordman | rhobie.ordman@us.nestle.com | 1041 US-202, Bridgewater, NJ 08807 |
| Nestlé HealthCare Nutrition, Inc. d/b/a Nestlé Health Science | Insertion Order | 6/30/2026 | Rhobie Ordman | rhobie.ordman@us.nestle.com | 1041 US-202, Bridgewater, NJ 08807 |
| Nestlé HealthCare Nutrition, Inc. d/b/a Nestlé Health Science | Insertion Order | 08/19/2026 | Brian Elder | brian.elder@us.nestle.com | 1041 US-202 Bridgewater, NJ 08807 |
| The Honey Pot Company (DE), LLC | Insertion Order | 08/31/2026 | Chelsea De Loughy | chelsea@thehoneypot.co | 1115 Howell Mill Rd NW, Ste 750, Atlanta, GA 30318 |
| Campari | Insertion Order | 09/07/2026 | Emily Bibeault | emily.bibeault@campari.com | 1255 Battery Street, San Francisco, CA 94111 |
| Advantage Solutions (DBA IN Connected Marketing) | Insertion Order | 06/30/2026 | Samme Jancin | samme.jancin@ampagency.com | 7676 Forsyth Blvd., 5th Floor, St. Louis, MO 63105 |
| Reckitt Benckiser LLC | Insertion Order | 07/30/2026 | Jack Lynch | jack.lynch@youradv.com | PO Box 122006 Lithia Springs, GA 30112 |

5

| Counterparty | Agreement Name | Agreement Term/End Date | ATTN: | Contact: Email | Address |
|---|---|---|---|---|---|
| Wells Enterprises, Inc. | Insertion Order | 07/10/2026 | Sharon Davlin | szavlin@bluebunny.com | 1 Blue Bunny Dr Le Mars, IA 51031 |
| Energizer Brands, Inc | Insertion Order | 01/03/2026 | Gail Taylor | gaile.taylor@energizer.com | 533 Maryville University Dr St. Louis, MO 63141 |
| Energizer Brands, Inc | Insertion Order | 06/30/2026 | Gail Taylor | gaile.taylor@energizer.com | 533 Maryville University Dr St. Louis, MO 63141 |

Shopkick, Inc.
**Schedule G 2.2 Attachment**
**Executory Vendor Contracts**

| Counterparty | Agreement Name | Agreement Term/End Date | ATTN: | Email | Address |
|---|---|---|---|---|---|
| Aampe, Inc. | Aampe Subscription Services and Marketing Agreement | 4/21/2026 | Katherine Field | kate@aampe.com; vilma@aampe.com | 204 Parkcanyon Ln. Cary, North Carolina United States of America, 27519 |
| GOOGLE | Google ads | 3/31/2026 | Sora Jeon | seorajeon@google.com; collections@google.com | New York, NY |
| Braze Inc | Braze Platform subscriptions | 12/31/2026 | Skylar Bolender | ar@braze.com; skylar.bolender@braze.com | 63 Madison Building 28 East 28th Street Floor 12 New York, New York United States of America, 10016 |
| Remerge | Shopkick retargeting campaign | 3/31/2026 | Matt Farwell | matt.farwell@remerge.io; accounting@remerge.io kanae.prost@remerge.io | One Boston Place 26th Floor Boston, Massachusetts United States of America, 02108 |
| Mobupps International Ltd | Shopkick CPA User Acquisition Campaign | 3/1/2026 | Yaman Hakci | yaman@mobupps.com | Hatikshoret st' 7 PO Ashdod, HaDarom Israel, Box 462 |
| AdStride Media LLC | affiliate/performance-based campaign. | 3/31/2026 | Harrison Brown | harry@adstride.co; contact@adstride.co | 7901 4th St N #16101 St Petersburg, Florida United States of America, 33702 |
| Engine Data Science LLC | Base study for Midol Walmart | 10/1/2025 | Rachel Robertson | rachel.robertson@engine.net; kayla.stamatis@engine.net | 5214 W. Village Pkwy Suite 100 Rogers, Arkansas United States of America, 72758 |
| AnyWare E-Commerce LTD | IntelliJ IDEA licenses & PyCharm licenses. | 1/1/2027 | Yana Moshkovitz | sales@anyware.co.il | 13, Gush Etzion st. 13, Gush Etzion st. Givat Shmuel, HaMerkaz Israel, 5403013 |
| mobile messaging solutions, Inc. | SMS API, Channel and Short code hosting service | 12/31/2025 | Stephen Nye | bvanderspek@mms.us snye@mms.us | 1 Beacon Street 15th Floor Boston, Massachusetts United States of America, 02108 |
| Creative Clicks USA | Advetiser Insertion Order/CPA | 12/31/2025 | Anastasiia Krasnykh | anastasiia.krasnykh@creativeclicks.com dpo@creativeclicks.com | Weteringschans 109, 1017 SB Amsterdam, Netherlands Amsterdam, Noord-Holland Netherlands, Kingdom of the, 1017 SB |
| SmartDraw Software, LLC. | SmartDraw Enterprice License | 12/31/2026 | Zachary Isaacks | zacharyi@smartdraw.com vanessas@smartdraw.com | 1780 Hughes Landing Boulevard Suite 1100 The Woodlands, Texas United States of America, 77380 |

| Counterparty | Agreement Name | Agreement Term/End Date | ATTN: | Email | Address |
|---|---|---|---|---|---|
| Freshworks Inc. | Fresh service Pro Subscriptiom | 5/27/2027 | Suresh Krishnan | suresh.krishnan@freshworks.com<br>prashanth.suresh@freshworks.com | 2950 S. Delaware Street<br>Suite 201<br>San Mateo<br>CA<br>San mateo, California<br>United States of America, 94403 |
| CDW Direct LLC | Adobe Acrobat and Creative | 1/5/2027 | Jorgen Juul | jorgjuu@cdw.com | CDW \| Georgia Territory |
| Alchemer LLC | Platform Platinum License | 5/28/2027 | Evan Wilson | evan.wilson@alchemer.com<br>billing@alchemer.com | 168 Centennial Pkwy #250<br>Louisville, Colorado<br>United States of America, 80027 |
| Applause | Functional Testing Subscription | 2/7/2027 | Johanne | billing@applausemail.com<br>jsadeh@applause.com | Derech Menachem Begin 132<br>Tel Aviv - Yafo<br>Tel Aviv-Yafo, HaMerkaz<br>Israel, 6702101 |
| DoiT International Xinjiapo Pte.Ltd. | Platform Business Package Subscription | 5/31/2027 | Achiad | achiad@doit.com | 135 Cecil Street<br>#10-01 Philippine Airlines Building<br>Singapore, Central Singapore<br>Singapore, 069536 |
| Cursor | Code editor | 12/31/2026 | | https://cursor.com/contact-sales?source=navbar | |
| Drexx, Inc. | Software and Subscription Services | 10/12/2026 | Cj Bowden | cj.bowden@drexx.com | Fitzwilliam Hall, Fitzwilliam Place, Dublin, Ireland 2 D02 T292 |
| DoiT International Xinjiapo Pte.Ltd. | Fivetran Subscription | 5/1/2026 | Achiad | achiad@doit.com | 135 Cecil Street<br>#10-01 Philippine Airlines Building<br>Singapore, Central Singapore<br>Singapore, 069536 |
| Giftango LLC/ DBA Incomm DIgital Sol | Virtual reward card | 12/31/2026 | vzalunardo | vzalunardo@incomm.com<br>kfisher@incomm.com | 250 Williams NW St<br>Atlanta, Georgia<br>United States of America, 30303 |
| Github | Github Copilot Usage | 1/12/2027 | Alessandra Seidita | aseidita@github.com | Spuistraat 104, Amsterdam, 1012 VA, Netherlands |
| DoiT International Xinjiapo Pte.Ltd. | Self-Managed Premium | 5/16/2026 | Achiad | achiad@doit.com | 135 Cecil Street<br>#10-01 Philippine Airlines Building<br>Singapore, Central Singapore<br>Singapore, 069536 |
| NAVAN DNU Godaddy | Domain for Shopkick | 12/31/2025 | Godaddy | | Tempe, AZ |

| Counterparty | Agreement Name | Agreement Term/End Date | ATTN: | Email | Address |
|---|---|---|---|---|---|
| Help Scout PBC | Plus Plan License | 3/5/2027 | Dan Svlzeny | help@helpscout.com<br>finance@helpscout.com | 68 Harrison Ave Ste 605<br>PMB 78505<br>Boston, Massachusetts<br>United States of America, 02111-1929 |
| Impact Tech, Inc | Impact tech performance pro subscription | 9/30/2026 | Debon Richards | devon.richards@impact.com<br>clearinghouse@impact.com | 223 E. De La Guerra<br>223 E. De La Guerra<br>Santa Barbara, California<br>United States of America, 91390 |
| IRONSCALES LTD | IS-CP Complete Protect Annual Subscription | 11/1/2025 | Tom Ambar | tambar@ironscales.com<br>accounting@ironscales.com | 6 Concourse Parkway<br>suite 1600<br>Atlanta, Georgia<br>United States of America, 30328 |
| Matrix Devops Ltd | Atlassian Cloud Subscription | 7/28/2026 | | oshrag@matrix.co.il | |
| Kandji, Inc. | Endpoint Management – macOS | 2/28/2027 | Maria Lamus | maria.lamus@iru.com<br>alex.dzegar@iru.com<br>billing@kandji.io | 2811 Ponce De Leon Blvd Suite PH1<br>Coral Gables, Florida<br>United States of America, 33134 |
| SADA Systems, Inc. | Maps Platform Consumption | 12/31/2025 | | collections@sada.com<br>support@sada.com | |
| BlinkReceipt, LLC. | Software-as-a-Service License | 8/30/2026 | Darren Bassman | darren.bassman@microblink.com<br>photis.gkionis@microblink.com | 1 North 4th Place, Unit 21J, Brooklyn, New York, 11249 |
| MAF | Activation CPA Campaign | 3/31/2026 | Jonathan Dsouza | jonathan@maf.ad<br>finance@maf.ad | 16 Viale Guglielmo Marconi<br>Imola, Emilia-Romagna<br>Italy, 40026 |
| Navan, Inc | Navan Travel & Expense Users | 2/13/2027 | Caroline Olvera | ar@navan.com | 3045 Park Boulevard<br>Palo Alto, California<br>United States of America, 94306 |
| NAVAN DNU PagerDuty, Inc | Pager Duty Full User Fee | 2/28/2026 | NAVAN DNU PagerDuty, Inc | sales@pagerduty.com | |
| Perform[cb] | Shopkick CPI & CPE Campaign | 12/31/2025 | Walter Long | walter@performcb.com | 2389 E Venice Ave<br>#410<br>Venice, Florida<br>United States of America, 34292 |
| NAVAN DNU Postman | Basic tier monthly subscription | 9/24/2026 | NAVAN DNU Postman | https://www.postman.com/company/contact-sales/ | |
| NetNut Ltd. | Residential & Data Center Proxy Subscription | 12/21/2026 | Eden | eden@netnut.io | Haarvaa 30<br>Tel Aviv, Tel Aviv<br>Israel, 6473926 |
| Ariba, Inc | ARIBA Network Account | 12/31/2026 | NAVAN DNU | | 3420 Hillview Ave Building 3 Palo Alto, CA 94304<br>United States |

| Counterparty | Agreement Name | Agreement Term/End Date | ATTN: | Email | Address |
|---|---|---|---|---|---|
| New Vendor Test | ScrapingBee Startup Tier Subscription | 3/31/2026 | NAVAN DNU | | 66 Avenue des Champs Élysées Paris, Ile de France 75008 France |
| Scrollmark | Scrollmark Marketing Platform | 8/16/2026 | NAVAN DNU | akshay@scrollmark.com | 691, S. Milpitas Blvd Ste 217 Milpitas, CA 95035 408 859 9860 |
| semrush | (software-as-a-service) digital marketing platform | 3/31/2026 | NAVAN DNU | | |
| Twilio | Email infrastructure platform | 12/31/2025 | Ryan Ponti-Zins | rpontizins@twilio.com | |
| Google | Shopkick Apple store account | 12/31/2026 | NAVAN DNU | | |
| Github | Github Enterprise account | 1/11/2027 | Alessandra Seidita | aseidita@github.com | Spuistraat 104, Amsterdam, 1012 VA, Netherlands |
| NAVAN DNU iconectiv | SMS usage and shortcode for SK | 4/23/2026 | NAVAN DNU | | |
| Salesforce.com, Inc | Slack Pro | 1/30/2027 | Sharifah Mohd | sdennis@salesforce.com billing@salesforce.com yserfaty@salesforce.com <smohdrazif@salesforce.com | 5 Temasek Boulevard #13-01 Suntec Tower 5 Singapore 038985 |
| DoiT International Xinjiapo Pte.Ltd. | Social Listening | 5/25/2026 | Achiad | achiad@doit.com | 135 Cecil Street #10-01 Philippine Airlines Building Singapore, Central Singapore Singapore, 069536 |
| G-STAT LTD | Tableau Cloud Creator and Viewer | 9/29/2026 | Inbar Berlad | inbar.berlad@g-stat.com | Tozeret Haaretz 3 Petah-tikva, HaMerkaz Israel, 4951734 |
| Tiktok Global | Tiktok ads | 3/31/2026 | NAVAN DNU | | |
| Transcend Inc. | Privacy Platform Subscription & Support Agreement | 6/16/2028 | Taylor Thompson | taylor@transcend.io | 440 N Barranca Ave. #1897 Covina, California United States of America, 91723 |
| | | | | | |

4